**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KII Liquidating Inc. (f/k/a In re Katy Industries, Inc.), *et al.,*[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 17-11101 (LSS)<br><br>(Jointly Administered) |
| EMERALD CAPITAL ADVISORS, IN ITS CAPACITY AS PLAN ADMINISTRATOR,<br><br>                Plaintiff,<br><br>v.<br><br>NICKOLAS L. REINHART<br><br>                Defendant. | Adv. Pro. No. 19-50243 LSS |

## NOTICE OF DISMISSAL

Emerald Capital Advisors, solely in its capacity as Plan Administrator under the *Confirmed Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidating Proposed Jointly by the Debtors and the Official Committee of Unsecured Creditors* [Bk. D.I. 655-1], in the above-captioned cases, by and through its undersigned counsel, hereby files notice that this action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, made

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, where applicable, are: KII Liquidating Inc. (f/k/a Katy Industries, Inc.) (7589), ComPro Liquidating LLC (f/k/a Continental Commercial Products, LLC) (3898), FTWH Liquidating Inc. (f/k/a FTW Holdings, Inc.) (7467), FWPI Liquidating Inc. (f/k/a Fort Wayne Plastics, Inc.) (7470), Wabash Holding Corp. (9908), KTI Liquidating Inc. (f/k/a Katy Teweh, Inc.) (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The mailing address for each of the Debtors listed above, solely for purposes of notices and communications, is c/o Emerald Capital Advisors, 70 East 55th Street, 17th Floor, New York, NY 10022 (Attn.: John P. Madden).

applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Dated: October 30, 2020<br>Wilmington, Delaware | FAEGRE DRINKER BIDDLE & REATH LLP |

*/s/ Joseph N. Argentina, Jr.*
Patrick A. Jackson (Del. Bar No. 4976)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
patrick.jackson@faegredrinker.com
joseph.argentina@faegredrinker.com

*Counsel for the Plan Administrator*